4 So.2d 266

## Charlie FLANDELL v. STATE.

### 6 Div. 904.

Supreme Court of Alabama.
Oct. 16, 1941.

Morel Montgomery, of Birmingham, for petitioner.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., opposed.

BOULDIN, Justice.

Petition of Charlie Flandell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Flandell v. State, 4 So.2d 264.

Writ denied.

GARDNER, C. J., and FOSTER and LIVINGSTON, JJ., concur.